Israel Dahan
KING & SPALDING LLP
1185 Avenue of the Americas, 35th Floor
New York, NY 10036-2601
Telephone: (212) 556-2100
Facsimile: (212) 556-2222
idahan@kslaw.com

*Counsel for Plaintiffs Novo Nordisk Inc.
and Novo Nordisk Pharma, Inc.*

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| NOVO NORDISK INC.; NOVO NORDISK PHARMA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*, <br><br> Defendants. | Civil Action No. 3:21-cv-00806-FLW-LHG |

**MOTION FOR ADMISSION *PRO HAC VICE*
OF GRACIELA M. RODRIGUEZ, ASHLEY C. PARRISH,
AND JOHN D. SHAKOW**

Pursuant to Rule 101.1 of the Local Rules of Civil Procedure of the United States District Court for the District of New Jersey, the undersigned, a member in good standing of the Bar of this Court, hereby moves that attorneys Graciela M. Rodriguez, Ashley C. Parrish, and John D. Shakow be admitted *pro hac vice* to act as counsel for Novo Nordisk Inc. and Novo Nordisk Pharma, Inc. (collectively, "Novo") in the above-captioned matter. In support hereof, the undersigned states as follows:

1. Graciela M. Rodriguez is an attorney with the law firm of King & Spalding LLP, 1700 Pennsylvania Avenue NW, Ste. 200, Washington, DC 20006; Telephone: (202) 737-0500; Fax: (202) 626-3737; and E-mail: gmrodriguez@kslaw.com.

2. Graciela M. Rodriguez is admitted and is a member in good standing of the State Bars of Washington, DC, and New York; the United States Court of Appeals for the Second Circuit, United States Court of Appeals for the Third Circuit, United States Court of Appeals for the Ninth Circuit; United States District Court for the District of Columbia, United States District Court for the District of Colorado, United States District Court for the Northern District of New York; and the United States Court of Federal Claims.

3. Graciela M. Rodriguez has represented that she is not currently the subject of any pending disciplinary proceeding in any jurisdiction and that no such proceeding previously has been imposed upon him in any jurisdiction.

4. A certified statement of Graciela M. Rodriguez is attached hereto as required by Local Rule 101.1.

5. Upon entry of Order granting this Motion, Graciela M. Rodriguez shall pay the $150.00 admission fee. Ms. Rodriguez also shall pay the annual fee to the New Jersey Lawyers' Fund for Client Protection.

6. Ashley C. Parrish is an attorney with the law firm of King & Spalding LLP, 1700 Pennsylvania Avenue NW, Ste. 200, Washington, DC 20006; Telephone: (202) 737-0500; Fax: (202) 626-3737; and E-mail: aparrish@kslaw.com.

7. Ashley C. Parrish is admitted and he is a member in good standing of the State Bar of Washington, DC; Supreme Court of the United States; U.S. Courts of Appeals for the D.C. Circuit, Second Circuit, Third Circuit, Fourth Circuit, Fifth Circuit, Seventh Circuit, Eighth

Circuit, Ninth Circuit, Eleventh Circuit, and the Federal Circuit; U.S. District Courts for the District of Columbia and Eastern District of Virginia; and the U.S. Court of Federal Claims.

8. Ashley C. Parrish has represented that he is not currently the subject of any pending disciplinary proceeding in any jurisdiction and that no such proceeding previously has been imposed upon him in any jurisdiction.

9. A certified statement of Ashley C. Parrish is attached hereto as required by Local Rule 101.1.

10. Upon entry of Order granting this Motion, Ashley C. Parrish shall pay the $150.00 admission fee. Mr. Parrish also shall pay the annual fee to the New Jersey Lawyers' Fund for Client Protection.

11. John D. Shakow is an attorney with the law firm of King & Spalding LLP, 1700 Pennsylvania Avenue NW, Ste. 200, Washington, DC 20006; Telephone: (202) 737-0500; Fax: (202) 626-3737; and E-mail: jshakow@kslaw.com.

12. John D. Shakow is admitted and he is a member in good standing of the State Bars of Virginia and Washington, DC; U.S. Court of Appeals for the D.C. Circuit; U.S. District Courts for the District of Columbia, Central District of Illinois, and the Eastern District of Virginia.

13. John D. Shakow has represented that he is not currently the subject of any pending disciplinary proceeding in any jurisdiction and that no such proceeding previously has been imposed upon him in any jurisdiction.

14. A certified statement of John D. Shakow is attached hereto as required by Local Rule 101.1.

15. Upon entry of Order granting this Motion, John D. Shakow shall pay the

$150.00 admission fee. Mr. Shakow also shall pay the annual fee to the New Jersey Lawyers' Fund for Client Protection.

Dated: January 27, 2021

                                                  */s/ Israel Dahan*
                                                  Israel Dahan, Esq.
                                                  1185 Avenue of the Americas
                                                  New York, NY 10036
                                                  Tel. (212) 556-2114
                                                  Fax. (212) 556-2222
                                                  idahan@kslaw.com

                                                  *Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a copy of the foregoing has been filed electronically on the 27th day of January, 2021. Notice of this filing will be sent to counsel of record for the parties by operation of the Court's electronic filing system.

                                                                        */s/ Israel Dahan*
                                                                        Israel Dahan, Esq.