UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| NOVO NORDISK INC.; NOVO NORDISK PHARMA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*, <br><br> Defendants. | Civil Action No. 3:21-cv-00806-FLW-LHG <br><br><br> CERTIFICATION OF GRACIELA M. RODRIGUEZ, ESQ. IN SUPPORT OF THE APPLICATION FOR ADMISSION *PRO HAC VICE* |

I, Graciela M. Rodriguez, hereby certify and declare the following:

1. I am an attorney at the law firm of King & Spalding LLP, located at 1700 Pennsylvania Avenue NW, Suite 200, Washington, D.C. 20006; Telephone: (202) 737-0500; Fax: (202) 626-3737; and Email: gmrodriguez@kslaw.com. I submit this certification in support of my application for admission *pro hac vice* in accordance with Local Civil Rule 101.1(c) for Plaintiffs in the above-referenced matter.

2. I received a J.D. degree from Columbia University Law School in 1986. I am a member in good standing of the Bars of Washington, DC, since my admission in 1993, and New York, since my admission in 1987.

3. I am also admitted to practice before the following federal courts (the admission year is noted in parentheses): United States Court of Appeals for the Second Circuit (2015), United States Court of Appeals for the Third Circuit (2007), United States Court of Appeals for the Ninth Circuit (2007); United States District Court for the District of Columbia (2005), United States District Court for the District of Colorado (2009), United States District Court for the

Northern District of New York (2013); and the United States Court of Federal Claims (2014).

    4.    The names and addresses of the offices maintaining the rolls of members of the bars in those jurisdictions are as follows:

| | |
|---|---|
| District of Columbia Bar | The District of Columbia Bar<br>901 4th Street NW<br>Washington, DC 20001 |
| New York Bar | Corporate Plaza<br>Building 3<br>254 Washington Avenue Extension<br>Albany, NY 12203 |
| United States Court of Appeals for the Second Circuit | Attorney Admissions<br>Thurgood Marshall U.S. Courthouse<br>40 Foley Square<br>New York, NY 10007 |
| United States Court of Appeals for the Third Circuit | Office of the Clerk<br>21400 U.S. Courthouse<br>601 Market Street<br>Philadelphia, PA 19106-1790 |
| United States Court of Appeals for the Ninth Circuit | Clerk of the Court<br>The James R. Browning Courthouse<br>95 7th Street<br>San Francisco, CA 94103 |
| United States District Court for the District of Columbia | 333 Constitution Avenue, NW<br>Room 1222<br>Washington, DC 20001 |
| United States District Court for the District of Colorado | Alfred A. Arraj U.S. Courthouse<br>Room A-105<br>901 19th Street<br>Denver, Colorado 80294-3589 |
| United States District Court for the Northern District of New York | Clerk's Office<br>James T. Foley U.S. Courthouse<br>Suite 509<br>445 Broadway<br>Albany, NY 12207 |

    United States Court of Federal Claims  Clerk's Office
                          Howard T. Markey National Courts Building
                          717 Madison Place, NW
                          Washington, DC 20439

5. I am a member in good standing of all bars to which I am admitted. No disciplinary proceedings are pending against me in any jurisdiction, and I have never been subject to discipline in any jurisdiction.

6. I will be associated in this matter with counsel of record, Israel Dahan, counsel at King & Spalding LLP, who is a member in good standing of the Bar of the State of New Jersey and of the Bar of the United States District Court for the District of New Jersey.

7. I agree to pay all fees that are required to be paid by this Court and the State of New Jersey in connection with my admission *pro hac vice*.

8. I acknowledge that upon my admission *pro hac vice*, I am within the disciplinary jurisdiction of this Court.

9. I respectfully request that the Court grant my admission *pro hac vice* in this matter.

I certify under penalty of perjury that the foregoing is true and correct.

Dated: January 26, 2021

                                         _____
                                         Graciela M. Rodriguez



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

## *Graciela M Rodriguez*

was duly qualified and admitted on September 10, 1993 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, a(n) ACTIVE member in good standing of this Bar.

**In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on January 13, 2021.**

**JULIO A. CASTILLO**
**Clerk of the Court**

Issued By:
District of Columbia Bar Membership

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.