UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| NOVO NORDISK INC.; NOVO NORDISK PHARMA, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*,<br><br>Defendants. | Civil Action No. 3:21-cv-00806-FLW-LHG |

ORDER GRANTING ADMISSION *PRO HAC VICE*
OF GRACIELA M. RODRIGUEZ, ASHLEY C. PARRISH,
AND JOHN D. SHAKOW

IT IS HEREBY ORDERED that Graciela M. Rodriguez, Ashley C. Parrish, and John D. Shakow are admitted *pro hac vice* to appear and participate on behalf of Plaintiffs in this action. Graciela M. Rodriguez, Ashley C. Parrish, and John D. Shakow shall pay the required fee to the New Jersey Lawyers' Fund for Client Protection as provided by New Jersey Court Rule 1:28-2(a). Graciela M. Rodriguez, Ashley C. Parrish, and John D. Shakow also shall pay to the clerk of this court the fee of $150.00 for this admission.

So ordered, this 24th day of February, 2021.

_____
The Honorable Lois H. Goodman
United States Magistrate Judge