UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| NOVO NORDISK INC., *et.al.*, <br><br> *Plaintiffs*, <br><br> –v– <br><br> UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*, <br><br> *Defendants*. | Civil Action No. 3:21-cv-00806-FLW-LHG <br><br> **CERTIFICATION OF WILLIAM B. SCHULTZ, ESQ. IN SUPPORT OF APPLICATION FOR ADMISSION *PRO HAC VICE*** |

I, William B. Schultz, hereby certify and declare the following:

1. I am an attorney at the law firm of Zuckerman Spaeder LLP, located at 1800 M Street, NW, Suite 1800, Washington, D.C. 20036; Telephone (202) 778-1800; Fax: (202) 822-3106; and Email: wschultz@zuckerman.com. I submit this certification in support of my application for admission *pro hac vice* in accordance with Local Civil Rule 101.1(c) for Intervenors American Hospital Association, 340B Health, America's Essential Hospitals, Association of American Medical Colleges, National Association of Children's Hospitals d/b/a Children's Hospital Association, and American Society of Health-System Pharmacists in the above-referenced matter.

2. I received a J.D. degree from University of Virginia School of Law in 1974. I am a member in good standing of the Bars of Washington, D.C., since my admission in 1975, and Virginia, since my admission in 1974.

3. I am also admitted to practice before the following federal courts (the admission year is noted in parentheses): the United States Supreme Court (1978), the United States Court of Appeals for the District of Columbia Circuit (1976), the United States Court of Appeals for the

Federal Circuit (2017), the United States Court of Appeals for the Third Circuit (1987), United States Court of Appeals for the Fourth Circuit (1978), United States Court of Appeals for the Sixth Circuit (1985), United States Court of Appeals for the Ninth Circuit (2017), United States District Court for the Eastern District of Virginia (1975), and the United States District Court for the District of Columbia (1976).

    4.    The names and addresses of the office maintaining the rolls of the members of the bars in those jurisdictions are as follows:

| | |
|---|---|
| District of Columbia Bar | The District of Columbia Bar<br>901 4th Street NW<br>Washington, DC 20001 |
| Virginia State Bar | The Virginia State Bar<br>111 East Main Street, Suite 700<br>Richmond, VA 23219 |
| United States Supreme Court | Clerk, Supreme Court of the United States<br>Attn: Admissions Office<br>1 First Street, NE<br>Washington, DC 20543 |
| United States Court of Appeals for the District of Columbia Circuit | Attorney Admission<br>E. Barrett Prettyman<br>U.S. Courthouse & William B. Bryant Annex<br>333 Constitution Avenue, NW<br>Washington, DC 20001 |
| United States Court of Appeals for the Federal Circuit | Clerk's Office<br>7171 Madison Place, NW<br>Washington, DC 20439 |
| United States Court of Appeals for the Third Circuit | Office of the Clerk<br>21400 U.S. Courthouse<br>601 Market Street<br>Philadelphia, PA 19106 |

| | |
|---|---|
| United States Court of Appeals for the Fourth Circuit | Lewis F. Powell Jr. Courthouse & Annex<br>1100 East Main Street, Suite 501<br>Richmond, VA 23219 |
| United States Court of Appeals for the Sixth Circuit | Potter Stewart U.S. Courthouse<br>100 East Fifth Street<br>Cincinnati, OH 45202 |
| United States Court of Appeals for the Ninth Circuit | Clerk of the Court<br>The James R. Browning Courthouse<br>95 7th Street<br>San Francisco, CA 94103 |
| United States District Court for the Eastern District of Virginia | Walter E. Hoffman<br>United States Courthouse<br>600 Granby Street<br>Norfolk, VA 23510 |
| United States District Court for the District of Columbia | 333 Constitution Avenue, NW<br>Room 1222<br>Washington, DC 20001 |

5. I am a member in good standing of all bars to which I am admitted. No disciplinary proceedings are pending against me in any jurisdiction, and I have never been subject to discipline in any jurisdiction.

6. I will be associated in this matter with counsel of record, James W. Boyan III, counsel at Pashman Stein Walder Hayden, P.C., who is a member in good standing of the Bar of the State of New Jersey and the Bar of the United States District Court for the District of New Jersey.

7. I agree to pay all fees that are required to be paid by this Court and the State of New Jersey in connection with my admission *pro hac vice*.

8. I acknowledge that upon my admission *pro hac vice*, I am within the disciplinary jurisdiction of this Court.

9. I respectfully request that the Court grant my admission *pro hac vice* in this matter.

I certify under penalty of perjury that the foregoing is true and correct.

Dated: March 10, 2021

_William B. Schultz_
William B. Schultz



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

## *William B Schultz*

was duly qualified and admitted on October 8, 1975 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, a(n) ACTIVE member in good standing of this Bar.

**In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on February 18, 2021.**

*Julio A. Castillo*

**JULIO A. CASTILLO
Clerk of the Court**

Issued By:
District of Columbia Bar Membership

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.