## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| NOVO NORDISK INC., *et.al.*, | |
| *Plaintiffs*, | Civil Action No. 3:21-cv-00806-FLW-LHG |
| –v– | |
| UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*, | **CERTIFICATION OF CASEY TROMBLEY-SHAPIRO JONAS, ESQ. IN SUPPORT OF APPLICATION FOR ADMISSION** *PRO HAC VICE* |
| *Defendants*. | |

I, Casey Trombley-Shapiro Jonas, hereby certify and declare the following:

1.      I am an attorney at the law firm of Zuckerman Spaeder LLP, located at 1800 M Street, NW, Suite 1800, Washington, D.C. 20036; Telephone (202) 778-1800; Fax: (202) 822-3106; and Email: cjonas@zuckerman.com. I submit this certification in support of my application for admission *pro hac vice* in accordance with Local Civil Rule 101.1(c) for Intervenors American Hospital Association, 340B Health, America's Essential Hospitals, Association of American Medical Colleges, National Association of Children's Hospitals d/b/a Children's Hospital Association, and American Society of Health-System Pharmacists in the above-referenced matter.

2.      I received a J.D. degree from the University of Virginia School of Law in 2017. I am a member in good standing of the Bar of Virginia, since my admission in 2020.

3.      I am also admitted to practice before the following federal courts (the admission year is noted in parentheses): the United States Court of Appeals for the Federal Circuit (2020), and the United States District Court for the District of Columbia (2019).

4.      The names and addresses of the offices maintaining the rolls of the members of the bars in those jurisdictions are as follows:

| Virginia State Bar | The Virginia State Bar<br>111 East Main Street, Suite 700<br>Richmond, VA 23219 |
| United States Court of Appeals<br>for the Federal Circuit | Clerk's Office<br>7171 Madison Place, NW<br>Washington, DC 20439 |
| United States District Court<br>for the District of Columbia | 333 Constitution Avenue, NW<br>Room 1222<br>Washington, DC 20001 |

5.     I am a member in good standing of all bars to which I am admitted. No disciplinary proceedings are pending against me in any jurisdiction, and I have never been subject to discipline in any jurisdiction.

6.     I will be associated in this matter with counsel of record, James W. Boyan III, counsel at Pashman Stein Walder Hayden, P.C., who is a member in good standing of the Bar of the State of New Jersey and the Bar of the United States District Court for the District of New Jersey.

7.     I agree to pay all fees that are required to be paid by this Court and the State of New Jersey in connection with my admission *pro hac vice*.

8.     I acknowledge that upon my admission *pro hac vice*, I am within the disciplinary jurisdiction of this Court.

9.     I respectfully request that the Court grant my admission *pro hac vice* in this matter.

I certify under penalty of perjury that the foregoing is true and correct.

Dated: March 10, 2021

Casey Trombley-Shapiro Jonas

2

# Supreme Court of Virginia

**AT RICHMOND**

## Certificate

I, Douglas B. Robelen, Clerk of the Supreme Court of Virginia,

do hereby certify that

### Cassandra Trombley-Shapiro Jonas

was admitted to practice as an attorney and counsellor at the bar of this Court on

February 28, 2020.

I further certify that so far as the records of this office are

concerned, Cassandra Trombley-Shapiro Jonas is a member of the bar of this

Court in good standing.

Witness my hand and seal of said Court

This 1st day of March

A.D. 2021

By: _____

*Deputy Clerk*