**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| NOVO NORDISK INC., *et.al.*,<br><br>*Plaintiff*,<br><br>–v–<br><br>NORRIS COCHRAN, *et al.*,<br><br>*Defendants*. | Civil Action No. 3:21-cv-806-FLW-LHG |

**[PROPOSED] ORDER GRANTING ADMISSION *PRO HAC VICE*
OF WILLIAM B. SCHULTZ, MARGARET M. DOTZEL,
CASEY TROMBLEY-SHAPIRO JONAS, AND ARIELLA E. MULLER**

IT IS HEREBY ORDERED that William B. Schultz, Margaret M. Dotzel, Casey Trombley-Shapiro Jonas, and Ariella E. Muller are admitted *pro hac vice* to appear and participate on behalf of Intervenors American Hospital Association, 340B Health, America's Essential Hospitals, Association of American Medical Colleges, National Association of Children's Hospitals d/b/a Children's Hospital Association, and American Society of Health-System Pharmacists in this action. William B. Schultz, Margaret M. Dotzel, Casey Trombley-Shapiro Jonas, and Ariella E. Muller shall pay the required fee to the New Jersey Lawyers' Fund for Client Protection as provided by New Jersey Court Rule 1:28-2(a). William B. Schultz, Margaret M. Dotzel, Casey Trombley-Shapiro Jonas, and Ariella E. Muller also shall pay to the clerk of this Court the fee of $150.00 for this admission.

So ORDERED, this _____ day of _____, 2021.

_____