**OBERMAYER REBMANN MAXWELL & HIPPEL LLP**

| | |
|---|---|
| By:  Steven A. Haber, Esquire | *Attorneys for Amici Curiae* |
| 1120 Route 73, Suite 420 | *National Association of Community* |
| Mount Laurel, NJ  08054-5108 | *Health Centers, Ryan White Clinics* |
| Phone:  (856) 795-3300 | *for 340B Access, Little Rivers Health* |
| Email:  steven.haber@obermayer.com | *Care, Inc., and WomenCare, Inc.,* |
| | *dba FamilyCare Health Center* |

| | |
|---|---|
| NOVO NORDISK INC. et al, | UNITED STATES DISTRICT COURT |
| Plaintiff, | FOR THE DISTRICT OF NEW JERSEY |
| v. | Civil Action No. 3:21-cv-00806-FLW-LHG |
| U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al*., | ENTRY OF APPEARANCE |
| Defendants. | |

## TO THE CLERK:

Please enter my appearance as counsel for Amici Curiae Ryan White Clinics for 340B Access, Little Rivers Health Care, Inc., WomenCare, Inc., dba FamilyCare Health Center, and National Association of Community Health Centers in the above matter.

Dated:  June 29, 2021                               *s/ Steven A. Haber*
                                                                    Steven A. Haber

OMC\4819-5257-2912.v3