**OBERMAYER REBMANN MAXWELL & HIPPEL LLP**

| | |
|---|---|
| By:     Steven A. Haber, Esquire<br>1120 Route 73, Suite 420<br>Mount Laurel, NJ  08054-5108<br>Phone:  (856) 795-3300<br>Email:  steven.haber@obermayer.com | *Attorneys for Amici Curiae*<br>*National Association of Community*<br>*Health Centers, Ryan White Clinics*<br>*for 340B Access, Little Rivers Health*<br>*Care, Inc., and WomenCare, Inc.*<br>*dba FamilyCare Health Center* |

| | |
|---|---|
| NOVO NORDISK INC., *et. al.*,<br><br>                           Plaintiffs,<br><br>                    v.<br><br>U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al*.,<br><br>                           Defendants. | UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY<br><br><br>Civil Action No. 3:21-cv-806-FLW-LHG |

### [PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE AMICUS CURIAE BRIEF

Ryan White Clinics for 340B Access ("RWC-340B"), Little Rivers Health Care, Inc. ("Little Rivers"), WomenCare, Inc., dba FamilyCare Health Center ("FamilyCare") (collectively the "Amici"), and National Association of Community Health Centers have moved to file an Amicus Curiae brief in support of Defendants' Motion to Dismiss and Motion for Summary Judgment and in Opposition to Plaintiff's Motion for Summary Judgment.  Being duly advised, the Court now GRANTS Amici's request.

IT IS THEREFORE ORDERED that Amici's motion to file an

4818-5846-3728

Amicus Curiae brief in support of Defendants' Motion to Dismiss and Motion for Summary Judgment and in Opposition to Plaintiff's Motion for Summary Judgment is granted, and the Amicus Curiae brief attached to Amici's motion is hereby deemed filed with the Court in this case.

DATED:

_____
The Honorable Freda L. Wolfson
Chief Judge, U.S.D.C.N.J.

4818-5846-3728