**OBERMAYER REBMANN MAXWELL & HIPPEL LLP**

| | |
|---|---|
| By:  Steven A. Haber, Esquire<br>1120 Route 73, Suite 420<br>Mount Laurel, NJ  08054-5108<br>Phone:  (856) 795-3300<br>Email:  steven.haber@obermayer.com | *Attorneys for Amici Curiae*<br>*National Association of Community*<br>*Health Centers, Ryan White Clinics*<br>*for 340B Access, Little Rivers Health*<br>*Care, Inc., and WomenCare, Inc.,*<br>*dba FamilyCare Health Center* |

| | |
|---|---|
| NOVO NORDISK INC. et al,<br><br>                              Plaintiff,<br><br>                    v.<br><br>U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al*.,<br><br>                              Defendants. | UNITED STATES DISTRICT COURT<br>FOR THE DISTRICT OF NEW JERSEY<br><br><br>Civil Action No. 3:21-cv-00806-FLW-LHG |

## CERTIFICATE OF SERVICE

I, Steven A. Haber, Esquire, hereby certify that I electronically filed the Unopposed Motion to File Amicus Curiae Brief in Support of Defendants' Motion to Dismiss and for Summary Judgment and in Opposition to Plaintiffs' Cross Motion for Summary Judgment with the Clerk of Court, using the CM/ECF filing system, which will send notification of the filing to all counsel of record.

Dated:  June 29, 2021                     *s/ Steven A. Haber*
                                                        Steven A. Haber

OMC\4832-3216-3312.v2