**OBERMAYER REBMANN MAXWELL & HIPPEL LLP**
By:    Steven A. Haber, Esquire
1120 Route 73, Suite 420
Mount Laurel, NJ  08054-5108
Phone:  (856) 795-3300
Email:  steven.haber@obermayer.com

*Attorneys for Amici Curiae*
*Ryan White Clinics for 340B Access,*
*Little Rivers Health Care, Inc., and*
*WomenCare, Inc., dba FamilyCare*
*Health Center*

---

NOVO NORDISK INC. et al,

                              Plaintiffs,


                    v.


U.S. DEPARTMENT OF HEALTH AND
HUMAN SERVICES, *et al.*,

                              Defendants.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY



Civil Action No. 3:21-cv-00806-FLW-LHG

---

## FEDERAL RULE OF CIVIL PROCEDURE 7.1 CORPORATE DISCLOSURE STATEMENT

The undersigned counsel of record for Amici National Association of

Community Health Centers, Ryan White Clinics for 340B Access, Little Rivers

Health Care, Inc., and WomenCare, Inc., dba FamilyCare Health Center certify

that to the best of my knowledge and belief, all Amici are not-for-profit

organizations and do not issue stock.  Therefore, no parent companies or publicly

held corporations own 10% or more of the stock of the Amici.

4852-9517-9504

Respectfully submitted,

/s/ Steven A. Haber
Steven A. Haber (I.D. #03946-1988)
OBERMAYER REBMANN
MAXWELL & HIPPEL LLP
1120 Route 73, Suite 420
Mt. Laurel, NJ 08054
Tel. (856) 857-1422
Fax (856) 482-0504
Dated:  June 30, 2021                    Steven.Haber@Obermayer.com

2

4852-9517-9504