**OBERMAYER REBMANN MAXWELL & HIPPEL LLP**
By:    Steven A. Haber, Esquire
1120 Route 73, Suite 420
Mount Laurel, NJ  08054-5108
Phone:  (856) 795-3300
Email:  steven.haber@obermayer.com

*Attorneys for Amici Curiae*
*Ryan White Clinics for 340B Access,*
*Little Rivers Health Care, Inc., and*
*WomenCare, Inc., dba FamilyCare*
*Health Center*

| | |
|---|---|
| NOVO NORDISK INC. et al,<br><br>                        Plaintiffs,<br><br>     v.<br><br>U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*,<br><br>                        Defendants. | UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY<br><br>Civil Action No. 3:21-cv-00806-FLW-LHG |

### UNOPPOSED MOTION FOR
### ADMISSION *PRO HAC VICE* OF RONALD CONNELLY

Pursuant to L. Civ. R. 101.1(c), *Amici Curiae* on behalf of Ryan White Clinics For 340B Access, Little Rivers Health Care, Inc., and WomenCare, Inc., dba FamilyCare Health Center, by and through its undersigned counsel, respectfully requests that this Court grant *Amici Curiae*'s Unopposed Motion for Admission *Pro Hac Vice* of Ronald Connelly.  Counsel to *Amici Curiae* have consulted with counsel to the Parties in this case, who state that they do not oppose this motion.  In support of its motion, *Amici Curiae* relies upon the accompanying Certifications of Steven

OMC\4826-8199-7040.v1

A. Haber and Ronald Connelly.  A proposed Order is submitted herewith.

**WHEREFORE**, *Amici Curiae* respectfully requests that this Court grant the admission *pro hac vice* of Ronald Connelly.

/s/ Steven A. Haber
Steven A. Haber (I.D. #03946-1988)
OBERMAYER REBMANN MAXWELL &
   HIPPEL LLP
1120 Route 73, Suite 420
Mt. Laurel, NJ 08054
Tel. (856) 857-1422
Fax (856) 482-0504
Steven.Haber@Obermayer.com

*Attorneys for Amici Curiae*

Dated:  June 30, 2021