**OBERMAYER REBMANN MAXWELL & HIPPEL LLP**
By:   Steven A. Haber, Esquire
1120 Route 73, Suite 420
Mount Laurel, NJ  08054-5108
Phone:  (856) 795-3300
Email:  steven.haber@obermayer.com

*Attorneys for Amici Curiae
Ryan White Clinics for 340B Access,
Little Rivers Health Care, Inc., and
WomenCare, Inc., dba FamilyCare
Health Center*

| | |
|---|---|
| NOVO NORDISK INC. et al,<br><br>                              Plaintiffs,<br><br>       v.<br><br>U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al*.,<br><br>                              Defendants. | UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY<br><br><br>Civil Action No. 3:21-cv-00806-FLW-LHG |

## CERTIFICATION OF RONALD S. CONNELLY IN SUPPORT OF APPLICATION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 101.1(c) of this Court, Ronald S. Connelly respectfully requests admission *pro hac vice* for the purpose of appearing as counsel on behalf of Ryan White Clinics For 340B Access, Little Rivers Health Care, Inc., and WomenCare, Inc., dba FamilyCare Health Center as amicus curiae in the above-styled cause only.  In support of this motion, the undersigned states as follows.

1. Both myself and my firm have a relationship with amicus curiae and they have requested that I represent them in this action.

1

2. I am associated in this matter with Steven A. Haber of Obermayer Rebmann Maxwell & Hippel, who will act as New Jersey counsel and counsel of record for amicus curiae, and who will receive all notices, orders, and pleadings, file all papers, enter all appearances for parties, sign stipulations, and sign and receive payments on judgments, decrees, or orders, and otherwise ensure compliance with the requirements of L. Civ. R. 101.1.

3. I certify that I am admitted to practice and in good standing (i.e., currently authorized to practice as an attorney) in the following United States court(s) and/or state bar associations:

| Bar | Admission | Contact |
|---|---|---|
| District of Columbia Bar | 2004 | The District of Columbia Bar<br>901 4th Street NW<br>Washington, DC 20001 |
| Maryland State Bar | 2003 | Maryland State Bar Association<br>520 W. Fayette Street<br>Baltimore, MD 21201 |
| U.S. Supreme Court | 2010 | Clerk, Supreme Court of the U.S.<br>One First Street NE<br>Washington, DC 20543 |
| U.S. Court of Appeals for the D.C. Circuit | 2009 | U.S. Court of Appeals for D.C. Circuit<br>333 Constitution Avenue NW<br>Washington, DC 20001 |
| U.S. Court of Appeals for the Fourth Circuit | 2015 | U.S. Court of Appeals for the Fourth Circuit<br>1100 East Main Street, Suite 501<br>Richmond, VA 23219 |
| U.S. Court of Appeals for the Sixth Circuit | 2010 | U.S. Court of Appeals for the Sixth Circuit<br>Potter Stewart Courthouse<br>100 East 5th Street<br>Cincinnati, OH 45202 |
| U.S. Court of Appeals for the Seventh Circuit | 2009 | U.S. Court of Appeals for the Seventh Circuit<br>Everett McKinley Dirksen Courthouse<br>219 S. Dearborn Street, Room 2722<br>Chicago, IL 60604 |
| U.S. Court of Appeals for the Ninth Circuit | 2010 | U.S. Court of Appeals for the Ninth Circuit<br>95 Seventh Street, San Francisco, CA 94103 |

| Bar | Admission | Contact |
|---|---|---|
| U.S. District Court for the District of Columbia | 2005 | U.S. District Court for DC<br>333 Constitution Avenue, NW<br>Washington, DC 20001 |
| U.S. District Court for Eastern District of Michigan | 2009 | U.S. District court for Eastern District of Michigan<br>Clerk's Office<br>Theodore Levin U.S. Courthouse<br>231 W. Lafayette Boulevard, Room 599<br>Detroit, MI 48226 |

4.  I certify that no disciplinary proceedings are pending against me in any jurisdiction and no discipline has previously been imposed on me in any jurisdiction.

5.  I understand that, upon my admission *pro hac vice*, I will be within the disciplinary jurisdiction of this Court, and I agree to abide by the Rules of the United States District Court for the District of New Jersey.

6.  I further agree to make a payment of $150.00 to the Clerk of the United States District Court, in accordance with Local Civil Rule 101.1(c)(3); to take no fee in any tort case in excess of New Jersey Court Rule 1:21-7 governing contingent fees; to arrange with the New Jersey Lawyers' Fund for Client Protection for payment of annual fee, in accordance with New Jersey Court Rule 1:28-2(a); to notify this Court promptly of the institution of any disciplinary proceedings against me in any jurisdiction; and to otherwise comply with the requirements of Local Civil Rule 101.1(c).

7.  As required by Local Civil Rule 101.1(d), I will strictly observe the dates fixed for scheduling conferences, motions, pretrial conferences, trials, or any other proceedings.

I hereby certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

WHEREFORE, the undersigned counsel respectfully requests that this Court enter an Order granting leave to appear *pro hac vice* for purposes of this cause only.

Dated:    June 30, 2021            Respectfully submitted,

/s/Ronald S. Connelly
Ronald S. Connelly
D.C. Bar No. 488298
Powers Pyles Sutter & Verville, PC
1501 M Street NW
Seventh Floor
Washington, DC 20005
202-872-6762 (Office)
202-785-1756 (Facsimile)
Ron.Connelly@PowersLaw.com