**OBERMAYER REBMANN MAXWELL & HIPPEL LLP**
By:   Steven A. Haber, Esquire
1120 Route 73, Suite 420
Mount Laurel, NJ  08054-5108
Phone:  (856) 795-3300
Email:  steven.haber@obermayer.com

*Attorneys for Amici Curiae
Ryan White Clinics for 340B Access,
Little Rivers Health Care, Inc., and
WomenCare, Inc., dba FamilyCare
Health Center*

| | |
|---|---|
| NOVO NORDISK INC. et al,<br><br>                                Plaintiffs,<br><br>        v.<br><br>U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*,<br><br>                                Defendants. | UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY<br><br><br>Civil Action No. 3:21-cv-00806-FLW-LHG |

**CERTIFICATION OF STEVEN A. HABER IN SUPPORT OF MOTION FOR PRO HAC VICE ADMISSION OF RONALD CONNELLY**

I, Steven A. Haber, hereby certify as follows:

1.     I am a Partner of the law firm Obermayer Rebmann Maxwell & Hippel LLP, located at 1120 Route 73, Suite 420, Mount Laurel, NJ  08054-5108.

2.     I am an attorney licensed to practice in the State of New Jersey and the United States District Court for the District of New Jersey.  I am a member in good standing of both bars, and I am not under suspension or disbarment by these courts or by any other court or jurisdiction.

1

3. I submit this Certification in support of the unopposed application by, *Amici Curiae,* Ryan White Clinics for 340B Access, Little Rivers Health Care, Inc., and WomenCare, Inc., dba FamilyCare Health Center for an Order pursuant to L. Civ. R. 101.1(c) for the admission *pro hac vice* of Ronald Connelly, Esq., of POWERS PYLES SUTTER & VERVILLE, PC, to appear in this action as co-counsel for *Amici Curiae*.

4. Mr. Connelly is admitted to practice by the District of Columbia Bar, the Maryland State Bar, U.S. Supreme Court, U.S. Court of Appeals for the D.C. Circuit, U.S. Court of Appeals for the Fourth, Sixth, Seventh and Ninth Circuits, and the U.S. District Courts for the District of Columbia and the Eastern District of Michigan. He is in good standing in those jurisdictions, no disciplinary proceedings are pending against him in any jurisdiction, and he has not been the subject of discipline in any jurisdiction in the past five years.

5. Pursuant to L. Civ. R. 101.1, I understand that all pleadings, briefs, stipulations, and other papers filed with the Court shall be signed by me or another member of the bar of this Court.

6. Pursuant to L. Civ. R. 101.1, I understand that I shall be held responsible for the conduct of the case and that I or another member of the bar of this Court shall be present before the Court during all phases of these proceedings,

OMC\4816-5000-1648.v1

unless excused by the Court, and that I shall be held responsible for the conduct of the attorneys admitted *pro hac vice*.

7. On behalf of *Amici Curiae*, I respectfully request that the Court grant the application to have Ronald Connelly, Esq., admitted *pro hac vice* to appear and participate in this matter pursuant to L. Civ. R. 101.1(c).

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Respectfully submitted,

/s/ Steven A. Haber
Steven A. Haber (I.D. #03946-1988)
OBERMAYER REBMANN MAXWELL &
 HIPPEL LLP
1120 Route 73, Suite 420
Mt. Laurel, NJ 08054
Tel. (856) 857-1422
Fax (856) 482-0504
Steven.Haber@Obermayer.com

*Attorneys for Amici Curiae*
*Ryan White Clinics for 340B Access, Little Rivers Health Care, Inc., and WomenCare, Inc., dba FamilyCare Health Center*

Dated: June 30, 2021

3