**OBERMAYER REBMANN MAXWELL & HIPPEL LLP**

| | |
|---|---|
| By:     Steven A. Haber, Esquire | *Attorneys for Amici Curiae* |
| 1120 Route 73, Suite 420 | *National Association of Community* |
| Mount Laurel, NJ  08054-5108 | *Health Centers, Ryan White Clinics* |
| Phone:  (856) 795-3300 | *for 340B Access, Little Rivers Health* |
| Email:  steven.haber@obermayer.com | *Care, Inc., and WomenCare, Inc.,* |
| | *dba FamilyCare Health Center* |

| | |
|---|---|
| NOVO NORDISK INC. et al, | UNITED STATES DISTRICT COURT |
| Plaintiff, | FOR THE DISTRICT OF NEW JERSEY |
| v. | Civil Action No. 3:21-cv-00806-FLW-LHG |
| U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al*., | |
| Defendants. | |

### CERTIFICATE OF SERVICE

I, Steven A. Haber, Esquire, hereby certify that I electronically filed the Unopposed Motion for Admission *Pro Hac Vice* of Ronald Connelly with the Clerk of Court, using the CM/ECF filing system, which will send notification of the filing to all counsel of record.

Dated:  June 30, 2021                               *s/ Steven A. Haber*
                                                                     Steven A. Haber

OMC\4832-3216-3312.v2